OTHELLO M. CASE, Respondent, *v.* STATE OF NEW YORK, Appellant.

(Submitted June 4, 1930; decided July 8, 1930.)

*Hamilton Ward, Attorney-General (James Gibson* of counsel), for appellant.

*Walter Welch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.